UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-11466-SSC                              Date: December 31, 2025

Title     Raymond Wright v. Skywest Airlines, Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Sanctions Should Not Be Imposed**

  Raymond Wright claims that his former employer, Skywest Airlines, Inc. discriminated against him.  He filed suit in a state court on October 23, 2025.  (ECF 1-1 at 14.)  Skywest removed the action to this court on December 1, 2025.  (ECF 1.)  The removal packet contained a proof of service appearing to show that Skywest was served with the summons and complaint on October 29, 2025; it did not contain an answer by Skywest.  (ECF 1-1.)

  Rule 81 of the Federal Rules of Civil Procedure provides that a defendant who failed to file an answer in state court prior to removal must do so within the longest of:

  (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-11466-SSC                           Date: December 31, 2025

Title         Raymond Wright v. Skywest Airlines, Inc., et al.

(B) 21 days after being served with the summons for an initial pleading on file at the time of service; or
(C) 7 days after the notice of removal is filed.

Fed. R. Civ. P. 81(c)(2).

All deadlines have passed and Skywest has not filed an answer or Rule 12 motion. Accordingly, Skywest is ORDERED TO SHOW CAUSE in writing why sanctions should not be imposed for failure to file a timely response to the complaint. *See McCabe v. Arave*, 827 F.2d 634, 640 (9th Cir. 1987) (finding that the district court had inherent power to impose sanctions for a late-filed answer upon a finding of bad faith). Skywest must respond to this order no later than **January 7, 2026**.

**IT IS SO ORDERED.**

                                                                                           :
                                                         Initials of Preparer      **ts**